06 CV 00273

Kenneth J. Kelly (KK-4195)
Jennifer M. Moak (JM-3173)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
212-351-4500
Attorneys for Defendant
Aetna Life Insurance Company

RECEIVED
JAN 12 2006
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL E. SMITH,

Plaintiff,

– against –

AETNA U.S HEALTHCARE,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. ________

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Defendant Aetna Life Insurance Company ("Aetna") (named incorrectly by plaintiff as Aetna U.S. Healthcare) respectfully seeks to remove this action from the Civil Court of the City of New York, County of New York, Small Claims Part, to the United States District Court for the Southern District of New York. As reasons therefor, Aetna states as follows:

**THE CIVIL COURT ACTION**

1. Plaintiff Paul E. Smith purported to institute an action against Aetna in the Civil Court of the City of New York, County of New York, Small Claims Part (the "Civil Court Action"), entitled Paul E. Smith v.Aetna U.S. Healthcare, SCNY 5592/05-2, by preparing a Statement of Claim and having a Notice of Claim and Summons to Appear served upon Aetna's

New York office, located at 99 Park Avenue, New York, New York 10016. A copy of the Statement of Claim and Notice of Claim and Summons to Appear is attached as Exhibit A.

2. According to the Notice of Claim and Summons to Appear, plaintiff's address is 132 East 45th Street, Apartment 8D, New York, New York 10017.

3. As set forth more fully below, plaintiff's Claim and Summons to Appear seeks recovery of the sum of $4,950 plus interest to recover moneys arising out of non-payment of a medical insurance claim.

4. The Civil Court Action is removable from the Civil Court to this Court pursuant to 28 U.S.C. § 1441(a), because the complaint raises claims under the laws of the United States over which this Court has original jurisdiction under 28 U.S.C. §1331.

**BASIS FOR REMOVAL**

5. Plaintiff, a former employee of ICI Americas, Inc. ("ICI"), received health insurance from ICI by virtue of his employment with ICI. His wife, Sharon Smith, was also insured under ICI's health benefits plan, as a dependant of plaintiff.

6. ICI offered its employees, including plaintiff, the opportunity to participate in its self-funded health benefits plan. A self-funded benefits plan uses its own funds to pay for medical services rendered to its members.

7. Often a self-funded insurance plan retains the services of an administrator to process and adjudicate claims submitted under its health benefits plan. Effective January 1, 1996, ICI contracted with Aetna to provide such administrative services in connection with ICI's health benefits plan. Aetna did not provide medical insurance to ICI, or its members, including Paul Smith and his wife, Sharon Smith.

8. The plan of health benefits provided by ICI to its employees, including plaintiff, and administered by Aetna, constitutes an employee welfare benefit plan within the meaning of the Employee Retirement Income Security Act ("ERISA") 29 U.S.C. §§ 1001, et seq.

9. Plaintiff's complaint against Aetna alleges that Aetna failed to pay an insurance claim, and seeks reimbursement in the amount of $4,950.

10. Because plaintiff's claim against Aetna relates to an employee benefit plan within the meaning of ERISA, Aetna may remove the Civil Court Action to this Court pursuant to 28 U.S.C. § 1441(a).

11. ERISA provides an exclusive federal enforcement scheme for claims by plan beneficiaries and preempts state tort and contract actions. 29 U.S.C. §§ 1132 and 1144.

12. This notice has been filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure. Aetna received the Notice of Claim and Summons to Appear, dated December 14, 2005, on or about December 27, 2005.

13. Upon the filing of this notice, Aetna will give written notice to plaintiff of the removal, and will file a copy of this notice with the Clerk of the Court, New York City Civil Court, County of New York, Small Claims Part.

WHEREFORE, Aetna Life Insurance Company respectfully requests that the Civil Court Action now pending in the Civil Court of the City of New York, County of New York, Small Claims Part, be removed to this Court.

New York, New York
January 11, 2006

EPSTEIN BECKER & GREEN, P.C.

By:____________________________
Kenneth J. Kelly (KK-4195)
Jennifer M. Moak (JM-3173)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
Aetna Life Insurance Company

RECYCLED

Exhibit A

CIVIL COURT OF THE CITY OF NEW YORK
SMALL CLAIMS PART
111 CENTRE STREET - RM. 325
NEW YORK, NY 10013-4389

1. Article Addressed to: [illegible]

[illegible]

Article Number

7178 8516 8010 2504 1721

# NOTICE OF CLAIM and SUMMONS TO APPEAR

NOTICE TO DEFENDANT: This is the start of a lawsuit against you. It should not be ignored. Your default may have serious consequences. YOU MUST BRING THIS NOTICE WITH YOU EACH TIME YOU APPEAR IN COURT ON THIS CASE.

**SUMMONS TO APPEAR** This claim is scheduled for a Hearing to be held in the Courtroom:

111 Centre Street (Room 353)
New York, New York 10013
On Thursday, January 19, 2006 at 6:10 PM

You, or someone authorized to represent you, must appear and present your defense at the Hearing. If you wish, you may retain the services of an attorney to represent you at your own expense. IF YOU FAIL TO APPEAR, JUDGMENT WILL BE ENTERED AGAINST YOU BY DEFAULT, EVEN THOUGH YOU MAY HAVE A VALID DEFENSE. Only the Judge presiding at the Hearing can grant an adjournment. The Clerk cannot grant any change in the scheduled date or time.

DATED December 14, 2005 CHIEF CLERK JACK BAER

## NOTICE OF CLAIM

The Claimant asks Judgment in this court for [illegible] together with interest and disbursements, on the following claim:

ACTION TO RECOVER MONEY [illegible] OF [illegible]

CASE TYPE SMALL CLAIM
SMALL CLAIM

INDEX NUMBER
SCNY
5592/05-2
1/19

CLAIMANT
PAUL SMITH
132 E. 45TH ST. APT 8D
NEW YORK CITY, NY 10017-

DEFENDANT
AETNA US HEALTH CARE
99 PARK AVE
NEW YORK CITY, NY 10016-

A Guide to Small Claims Court is available at the court listed above

ESTA INFORMACIÓN ESTÁ DISPONIBLE EÑ ESPAÑOL EN LA CORTE

CIV-SC-55 Face (1/03)

CT2005009027

Renee

#5592/05-2

New Benefit Case

Small claims NY City

TT is Paul Smith

Hearing on 1/19/06.

INSTRUCTIONS: Place only ONE letter or number in each space and leave a blank space between words.

# CIVIL COURT OF THE CITY OF NEW YORK
## SMALL CLAIMS PART
## STATEMENT OF CLAIM

(FOR OFFICE USE ONLY)

### I. CLAIMANT'S INFORMATION

(Your)

LAST NAME: SMITH

FIRST NAME: PAUL — MIDDLE INITIAL: E

ADDRESS (NO PO BOX): 132 E 45TH ST APT 8D

CITY (Borough/Town/Village): MANHATTON — STATE: NY — ZIP: 10017

OTHER INFO Doing Business As | In care Of | Attention To | (Circle One):

PHONE NUMBER: ( )

### II. DEFENDANT'S INFORMATION*

(Their)

LAST NAME OR FULL NAME OF BUSINESS: AETNA US HEALTH CARE

FIRST NAME: — MIDDLE INITIAL:

ADDRESS (NO PO BOX): 99 PARK AVE

CITY (Borough/Town/Village): MANHATTON — STATE: NY — ZIP: 10016

OTHER INFO Doing Business As | In care Of | Attention To | (Circle One):

PHONE NUMBER: ( )

### III. CLAIM

Amount Claimed: $ 4950 (Maximum $5,000)

Date of Occurrence or Transaction: 6/3/99 / 6/28/99 / 8/2/01

Place of occurrence, IF Auto Accident:

**PRIMARY REASON FOR CLAIM (Check One):**

**Damage caused to:** ❑ automobile ❑ other personal property ❑ real property ❑ person

**Failure to provide:** ❑ proper repairs ❑ proper services ❑ proper merchandise ❑ goods paid for

**Failure to return:** ❑ security ❑ property ❑ deposit ❑ money loaned

**Failure to pay:** ❑ salary ❑ for services rendered ☑ insurance claim
❑ rent ❑ commissions ❑ for goods sold and delivered

**Breach of:** ❑ contract ❑ lease ❑ warranty ❑ agreement

**Loss of :** ❑ luggage ❑ property ❑ time from work ❑ use of property

**Returned:** ❑ check (bounced) ❑ check (stopped)

OTHER REASON: Be brief. Also, if needed, place IDENTIFYING NUMBER(S) here; Receipt #, Claim #, Account #, Policy #, Ticket #, License #, Plate'(s):

DEC 1 4 2005 — Today's Date

[signature] — Signature of Claimant or Agent

(FOR OFFICE USE ONLY)

5592/2005 -2

TODAY'S DATE

TRIAL DATE JAN 1 9 2006

CERT'D #

COA CODE: INSU

CLAIM AMT $ 4,950.00

FEE

STANDARD FEE PLUS POSTAGE

❑ CLAIMANT V. DEFENDANT
❑ DEFENDANT V. THIRD PARTY

NO FEE; POSTAGE ONLY

❑ CLAIMANT V. ADD'L DEFENDANT
❑ WAGE CLAIM TO $300

LANGUAGE

DATE DATA ENTERED

DATE NOTICES MAILED

CASE TYPE

MULTI DFT ❑ CTR/CLM ❑

3 PARTY ❑ CRS/CMPLT ❑

FIRST DATE

DAY COURT

❑ STATUTORY ❑ OTHER

*DEFENDANT'S NAME: The legal name will be required in order to obtain an enforceable judgment. If the Defendant is a business, its full and correct **business name should be** obtained from the Office of the County Clerk in the county in which the business is located or check on the following website: www.dos.state.ny.us DEFENDANT'S ADDRESS: You must indicate the proper **street address of the Defendant**. A Post Office Box is not acceptable.
NOTE: If the Claim is a result of an automobile accident, the Claim must be OWNER against OWNER.

CIV SC-50 (revised 9/...